91 A.3d 1232

Gregory MOTT, Petitioner

v.

PHILADELPHIA COURT OF COMMON PLEAS and Attorney James A. Lammendola, Respondents.

No. 30 EM 2014.

Supreme Court of Pennsylvania.

May 7, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of May, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**